United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS JUAREZ SEGURA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-08088 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Luis Juarez Segura, filed this petition to challenge his ongoing immigration custody. The parties have filed a Joint Motion to Dismiss (Doc. No. 6) advising the Court that Petitioner has agreed to depart the United States voluntarily and that this case is now moot.

Because no viable controversy remains, this petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. The parties' Joint Motion to Dismiss (Doc. No. 6) is **GRANTED**.
2. This habeas petition is **DISMISSED** without prejudice as **MOOT.**
3. All other pending motions, if any, are **DENIED as MOOT.**

4. This case is **CLOSED.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this 16th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE